NOSSAMAN LLP
STEPHEN P. WIMAN (SBN 54825)
swiman@nossaman.com
THOMAS DOVER (SBN 175363)
tdover@nossaman.com
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone: 213.612.7800
Facsimile:   213.612.7801

Attorneys for Plaintiff and
Counterdefendant VAQUERO ENERGY, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAQUERO ENERGY, INC., a California corporation,<br><br>              Plaintiff,<br><br>     vs.<br><br>JEFF HERDA, et al.,<br><br>              Defendants. | **Case No.: 1:15-cv-00967 JLT**<br><br>**ORDER RELEASING BOND**<br><br>**(Doc. 49)** |
| BRAXBRO, INC., a Nevada corporation doing business as INTEGRATED CONTROL SYSTEMS,<br><br>              Counterclaimant,<br><br>     vs.<br><br>VAQUERO ENERGY, INC., et al.,<br><br>              Counterdefendants. | |

1 | Based upon the stipulation of the parties and the release signed by Defendant
2 | Herda, the Court **ORDERS**:
3 | 1. The SureTec Insurance Company, bond number 3376156, in the amount of
4 | $200,000.00, is **RELEASED**.

IT IS SO ORDERED.

Dated:   **November 18, 2015**          **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE

- 1 -
[PROPOSED] ORDER
10022553.v1