**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VAQUERO ENERGY, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>JEFF HERDA, an individual and doing business as INTEGRATED CONTROL SYSTEMS, BRAXBRO, INC., a Nevada corporation and doing business as INTEGRATED CONTROL SYSTEMS, a corporation ,<br>        Defendant. | Case No.: 1:15-cv-00967 - JLT<br><br>ORDER CLOSING CASE BASED UPON THE STIPULATED DISMISSAL<br><br>(Doc. 48) |

On November 17, 2015, the parties filed a stipulation seeking to dismiss the action. (Doc. 48) The stipulation relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A).  Once such a notice has been filed, an order of the Court is not required for  the dismissal. Fed. R. Civ. P. 41(a)(1)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).   Based upon the foregoing, **IT IS HEREBY ORDERED**:

    1.    All pending hearings and deadlines are **VACATED**;

    2.    The Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal

1 with prejudice filed and properly signed pursuant to Rule 41(a)(1)(A)(ii).

3 IT IS SO ORDERED.

4 Dated:  **November 18, 2015**                    **/s/ Jennifer L. Thurston**
5 UNITED STATES MAGISTRATE JUDGE